# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLETCHER PARTNERS, LLC, | : | |
|     Plaintiff/Counter-Defendant, | : | |
| | : | Civil No. 2:20-cv-00775-JMG |
|     v. | : | |
| | : | |
| TRUIST BANK, | : | |
|     Defendant/Counter-Plaintiff. | : | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND MOTION TO REMAND TO STATE COURT

**AND NOW**, this 9th day of September, 2020, upon consideration of Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 22), Plaintiff's Motion to Remand to State Court (ECF No. 23), Defendant's Response in Opposition and Cross-Motion for Judgment on the Pleadings (ECF No. 24), Plaintiff's Reply and Response to Defendant's Cross-Motion (ECF No. 25), and Oral Argument that occurred on August 18, 2020 (see ECF No. 29), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to File Amended Complaint is GRANTED. The Amended Complaint is hereby FILED.

2. The Court does not have jurisdiction over the Amended Complaint, and hereby REMANDS these claims to the Montgomery County Court of Common Pleas.

                                                    BY THE COURT:

                                                    */s/ John M. Gallagher*
                                                    JOHN M. GALLAGHER
                                                    United States District Court Judge